# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>FRANCISCO DEJESUS-MAGANA<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 2:20-mj-00245-NJK<br><br>Charging District: District of North Dakota<br>Charging District's Case No. 1:19-cr-00160-DMT |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | William L. Guy Federal Building/ U.S. Courthouse<br>220 East Rosser Avenue<br>Bismarck, ND 58501 | Courtroom No.: AS ORDERED |
|---|---|---|
| | | Date and Time: AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: April 3, 2020

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



```
_x_ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

        APR 03, 2020

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:                      DEPUTY
```